Argued and submitted August 28, convictions affirmed; remanded for resentencing November 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT CHARLES HOWARD,
*Appellant.*

(91C-20601; CA A72103)

842 P2d 418

David C. Degner, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Convictions affirmed; remanded for resentencing. *State v. Haydon*, 113 Or App 205, 832 P2d 457, *on recon* 116 Or App 347, 842 P2d 410 (1992).